FILED
MARCH 5, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 1343

JUDGE ANDERSEN
MAGISTRATE JUDGE ASHMAN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ORTHO-MCNEIL PHARMACEUTICAL, INC., | Case No. |
| Plaintiff, | |
| vs. | |
| MYLAN PHARMACEUTICALS INC., and ALPHAPHARM | |
| Defendants. | |

### NOTICE OF AFFILIATES PURSUANT TO LOCAL RULE 3.2

Plaintiff Ortho-McNeil Pharmaceutical, Inc. ("Ortho-McNeil"), pursuant to Local Rule 3.2, hereby submits the following list of entities that own more than 5% of Ortho-McNeil:

Johnson & Johnson.

                                           Respectfully submitted,


                                           By: s/ Linda R. Friedlieb
                                           _____
                                              One of the Attorneys for Plaintiff
                                              Ortho-McNeil Pharmaceutical, Inc.

David T. Pritikin
Lisa A. Schneider
Linda R. Friedlieb
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

  -and-

Jeffrey P. Kushan (*pro hac vice* application pending)
David A. Steffes (*pro hac vice* application pending)
SIDLEY AUSTIN LLP
1501 K Street N.W.
Washington, D.C. 20005
(202) 736-8000

  -and-

Michael D. Hatcher (*pro hac vice* application pending)
SIDLEY AUSTIN LLP
717 North Harwood, Suite 3400
Dallas, Texas 75201
(214) 981-3300

Dated:  March 5, 2008

CH1 4172428v.1