UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**08 C 1343**

|  |  |
|---|---|
| ORTHO-MCNEIL PHARMACEUTICAL, INC., | ) ) ) Case No. |
| Plaintiff, | ) ) |
| vs. | ) ) |
| MYLAN PHARMACEUTICALS INC., and ALPHAPHARM | ) ) ) |
| Defendants. | |

**JUDGE ANDERSEN
MAGISTRATE JUDGE ASHMAN**

## NOTICE OF CLAIM INVOLVING PATENT PURSUANT TO LOCAL RULE 3.4

Plaintiff Ortho-McNeil Pharmaceutical, Inc. ("Ortho-McNeil"), pursuant to 35 U.S.C. § 290 and Local Rule 3.4, submits the following information regarding the patent in suit:

| | |
|---|---|
| Plaintiff: | Ortho-McNeil Pharmaceutical Co.<br>1000 U.S. Route 202<br>Raritan, New Jersey 08869 |
| Defendants: | Mylan Pharmaceuticals Inc.<br>781 Chestnut Ridge Road<br>Morgantown, West Virginia 26505<br><br>Alphapharm<br>Chase Building 2<br>Wentworth Park Road<br>Glebe NSW 2037 |
| Patent No.: | RE39,221 |
| Inventors: | Robert Raffa<br>Jeffrey Vaught |

                                Respectfully submitted,


                                By: s/ Linda R. Friedlieb
                                _____
                                One of the Attorneys for Plaintiff
                                Ortho-McNeil Pharmaceutical, Inc.

David T. Pritikin
Lisa A. Schneider
Linda R. Friedlieb
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

 -and-

Jeffrey P. Kushan (*pro hac vice* application pending)
David A. Steffes (*pro hac vice* application pending)
SIDLEY AUSTIN LLP
1501 K Street N.W.
Washington, D.C. 20005
(202) 736-8000

 -and-

Michael D. Hatcher (*pro hac vice* application pending)
SIDLEY AUSTIN LLP
717 North Harwood, Suite 3400
Dallas, Texas 75201
(214) 981-3300

Dated: March 5, 2008