AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ORTHO-MCNEIL PHARMACEUTICAL, INC.

V.

MYLAN PHARMACEUTICALS INC., and
ALPHAPHARM

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**08 C 1343**

**JUDGE ANDERSEN
MAGISTRATE JUDGE ASHMAN**

TO: (Name and address of Defendant)

Mylan Pharmaceuticals Inc.
c/o Corporation Service Company
209 West Washington Street
Charleston, West Virgina 26505

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Linda R. Friedlieb
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

----------------------------------------

**(By) DEPUTY CLERK**

----------------------------------------

**March 6, 2008**

**Date**

# Capitol City Investigations, Inc.



PO Box 11274
Charleston, WV 25339

Phone: (304) 421-4545    timstricker@hotmail.com

**Legal Service Return**

State of West Virginia,  County Of _____ Kanawha _____ to-wit:

This day personally appeared before me, the undersigned authority _____ Timothy R. Stricker _____, a credible person over the age of 18 years, who, first being duly sworn deposes and says that he/she executed the within Summons, Complaint, Notices of Affilates, and Notice of Patient Claim, Case: _____ Northern  District  Illinois, US Court,  08-C-1343 _____ by delivering a true copy to:

Name _____ Mylan Pharmaceuticals Inc. _____

Address _____ 209 West Washington Street _____

_____ Charleston, WV  25302 _____

Served: _____ Christy Legg _____    Title: _____ Office Manager _____ .

on the _6 th_ day of _____ March _____, 2008,  At: _____ 1:30 PM _____ .

Signature _____ Timothy R Stricker _____

Taken, subscribes and sworn to me this _6 th_ day of _____ March _____, 2008.

My Commission Expires _April 26, 2010_

Deborah E Sheets
Notary Public

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
DEBORAH E. SHEETS
701 GARVIN AVENUE
CHARLESTON, WV 25302
My commission expires April 26, 2010