AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ORTHO-MCNEIL PHARMACEUTICAL, INC.

V.

MYLAN PHARMACEUTICALS INC., and ALPHAPHARM

CASE NUMBER: **08 C 1343**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE ANDERSEN
MAGISTRATE JUDGE ASHMAN**

TO: (Name and address of Defendant)

Alphapharm
c/o Mylan Pharmaceuticals Inc.
c/o Corporation Service Company
209 West Washington Street
Charleston, West Virginia 26505

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Linda R. Friedlieb
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_/s/ Diana [signature]_
------------------------------------
(By) DEPUTY CLERK

March 6, 2008
------------------------------------
Date

# Capitol City Investigations, Inc.



PO Box 11274
Charleston, WV 25339

Phone: (304) 421-4545    timstricker@hotmail.com

## Legal Service Return

State of West Virginia, County Of __Kanawha__ to-wit:

This day personally appeared before me, the undersigned authority __Timothy R. Stricker__, a credible person over the age of 18 years, who, first being duly sworn deposes and says that he/she executed the within Summons, Complaint, Notices of Affilates, and Notice of Patient Claim, Case: __Northern District Illinois, US Court, 08-C-1343__ by delivering a true copy to:

Name    __Alphapharm c/o Mylan Pharmaceuticals Inc.__

Address __209 West Washington Street__

__Charleston, WV  25302__

Served: __Christy Legg__    Title: __Office Manager__

on the __6th__ day of __March__, 2008, At: __1:30 PM__

Signature _Timothy R Stricker_

Taken, subscribes and sworn to me this __6th__ day of __March__, 2008.

My Commission Expires _April 26, 2010_

_Deborah E Sheets_
Notary Public

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
DEBORAH E. SHEETS
731 GARVIN AVENUE
CHARLESTON, WV 25302
My commission expires April 26, 2010