# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 cv 1343 |
|---|---|
| Ortho-McNeil Pharmaceutical, Inc. v. Mylan Pharmaceuticals Inc. et al | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Mylan Pharmaceuticals Inc. and Alphapharm PTY Ltd

| | |
|---|---|
| **NAME** (Type or print) <br> Kristin L. Lingren | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Kristin L. Lingren | |
| **FIRM** <br> Mandell Menkes LLC | |
| **STREET ADDRESS** <br> 333 W. Wacker Dr. Suite 300 | |
| **CITY/STATE/ZIP** <br> Chicago, IL 60606 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 6237562 | **TELEPHONE NUMBER** <br> 312-251-1000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |