UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ORTHO-MCNEIL PHARMACEUTICAL, INC., | ) ) ) | |
| Plaintiff, | ) ) | No. 08 C 1343 |
| v. | ) ) | Judge Wayne R. Andersen |
| MYLAN PHARMACEUTICALS INC. and ALPHAPHARM, | ) ) ) ) | Magistrate Judge Martin C. Ashman |
| Defendants. | ) | |

**DEFENDANTS' AGREED MOTION FOR EXTENSION OF
TIME WITHIN WHICH TO FILE RESPONSIVE PLEADINGS**

Defendants, Mylan Pharmaceuticals Inc. ("MPI") and Alphapharm Pty. Ltd. ("Alphapharm") (collectively referred to as "Defendants"), move this Court for a thirteen day extension of the deadline to answer or otherwise plead to the complaint of plaintiff, Ortho-McNeil Pharmaceutical, Inc. ("Plaintiff"). In support of this motion, Defendants state as follows:

1. Plaintiff filed its three-count complaint in this matter on March 5, 2008. The complaint includes claims of patent infringement against Alphapharm and MPI and a claim of induced patent infringement against MPI allegedly arising from Alphapharm's filing of the Abbreviated New Drug Application No. 77-858 with the Food and Drug Administration.

2. On March 12, 2008, Plaintiff filed sworn statements executed by a process server in connection with its return of service indicating that the complaint was served upon "Alphapharm c/o Mylan Pharmaceuticals Inc." and "Mylan Pharmaceuticals Inc." at an office located in Charleston, West Virginia on March 6, 2008. (Docket [11] & [12]).

3. Assuming March 6, 2008 is the proper date of service, the deadline for Defendants to file responsive pleadings is March 26, 2008 pursuant to Fed. R. Civ. P. 12(a)(1)(C).

4.       Defendants recently retained counsel in Illinois to represent their interests. In order to prepare a responsive pleading, counsel needs additional time to review the legal claims and facts set forth in the complaint.

5.       On March 25, 2008, counsel for the Defendants communicated with Plaintiff's counsel in order to reach an agreement on a thirty day extension of time to file a responsive pleading (until April 25, 2008). Plaintiff's counsel consented to extend the responsive pleading date until April 8, 2008.

6.       The requested extension will not prejudice either party.

WHEREFORE, Defendants Mylan Pharmaceuticals Inc. and Alphapharm Pty. Ltd., request that this Court enter an order extending the deadline to answer or otherwise plead to the complaint by thirteen days until April 8, 2008 pursuant to Fed. R. Civ. P. 6(b)(1)(A), and for any further relief the Court deems proper.

Dated: March 26, 2008

Respectfully submitted,

MYLAN PHARMACEUTICALS INC.
and ALPHAPHARM PTY. LTD.

By: /s/ Kristin L. Lingren
One of their attorneys

Steven P. Mandell
Kristin L. Lingren
Mandell Menkes LLC
333 West Wacker Drive, Suite 300
Chicago, Illinois 60606
Telephone: (312) 251-1000

Ron E. Shulman
Terry Kearney
Roger J. Chin
Wilson Sonsini Goodrich & Rosati
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300