# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| ORTHO-MCNEIL PHARMACEUTICAL, INC., | ) ) ) | |
| Plaintiff, | ) ) | No. 08 C 1343 |
| v. | ) ) ) | Judge Wayne R. Andersen |
| MYLAN PHARMACEUTICALS INC. and ALPHAPHARM, | ) ) ) | Magistrate Judge Martin C. Ashman |
| Defendants. | ) | |

## NOTICE OF AGREED MOTION

**To:  ALL COUNSEL OF RECORD**
*(See Certificate of Service)*

**PLEASE TAKE NOTICE** that on April 3, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Wayne R. Andersen, in Room 1403 of the Dirksen Federal Building located at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached *Defendants' Agreed Motion for Extension of Time Within Which to File Responsive Pleadings*, at which time you may appear.

        MYLAN PHARMACEUTICALS INC.
        and ALPHAPHARM PTY. LTD.

        By: /s/ Kristin L. Lingren
           One of their attorneys

| | |
|---|---|
| Ron E. Shulman | Steven P. Mandell |
| Terry Kearney | Kristen L. Lingren |
| Roger J. Chin | **MANDELL MENKES LLC** |
| **WILSON SONSINI GOODRICH &** | 333 West Wacker Drive, Suite 300 |
| **ROSATI**, Professional Corporation | Chicago, Illinois 60606 |
| 650 Page Mill Road | Telephone: 312-251-1000 |
| Palo Alto, California 94304 | Facsimile:  312-251-1010 (fax) |
| Telephone: 650-493-9300 | |

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that she caused the foregoing ***NOTICE OF MOTION*** and ***DEFENDANTS' AGREED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE RESPONSIVE PLEADINGS***, to be served on:

> David Pritikin
> David Steffes
> Linda Friedlieb
> Lisa Schneider
> Sidley Austin LLP
> One South Dearborn
> Chicago, Illinois 60603
> Telephone: 312.853.7000
> Facsimile: 312.853.7036

by ECF on this 26th day of March, 2008.

By:   /s/ Kristin L. Lingren

#168843