UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ORTHO-MCNEIL PHARMACEUTICAL, INC., | ) ) ) | |
| Plaintiff, | ) ) | No. 08 C 1343 |
| v. | ) ) | Judge Wayne R. Andersen |
| MYLAN PHARMACEUTICALS INC. and ALPHAPHARM PTY. LTD., | ) ) ) ) | Magistrate Judge Martin C. Ashman |
| Defendants. | ) | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, defendants Mylan Pharmaceuticals Inc. and Alphapharm Pty. Ltd. (collectively, "Defendants"), hereby disclose that the parent corporation of both Defendants is Mylan, Inc. Defendants further state that no publicly held corporation owns 10% or more of the stock of Alphapharm Pty. Ltd. or Mylan Pharmaceuticals Inc.

        Respectfully submitted,

        MYLAN PHARMACEUTICALS INC.
        and ALPHAPHARM PTY. LTD.

        By:  /s/ Steven P. Mandell
             *Counsel for Defendants Mylan Pharmaceuticals Inc. and Alphapharm Pty. Ltd.*

Dated:  April 8, 2008

169075