# United States District Court
# Northern District of Illinois



In the Matter of

Ortho-McNeil Pharmaceutical, Inc

v.

Mylan Pharmaceuticals Inc, et al

Case No. 08 C 1343

Designated Magistrate Judge
Martin C. Ashman

### FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Wayne R. Andersen** to be related to **07 C 4050** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

Judge Rebecca R. Pallmeyer

Dated: April 22, 2008

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Rebecca R. Pallmeyer**.

ENTER

FOR THE EXECUTIVE COMMITTEE

Chief Judge James F. Holderman

Dated: APR 2 3 2008

Finding of Relatedness  (Rev. 9/99)