UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ORTHO-MCNEIL PHARMACEUTICAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC. and ALPHAPHARM, <br><br> Defendants. | No. 08 C 1343 <br><br> Judge Rebecca R. Pallmeyer <br><br> Magistrate Judge Arlander Keys |

**DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendants Mylan Pharmaceuticals Inc. ("Mylan") and Alphapharm Pty. Ltd. ("Alphapharm") move this Court to enter judgment in their favor on the pleadings pursuant to Fed. R. Civ. P. 12(c). In support of their motion, Mylan and Alphapharm state:

1. Ortho-McNeil Pharmaceutical, Inc. ("Ortho") brought this patent infringement action against Mylan and Alphapharm for infringement of Reissue Patent No. US RE39,221 ("the RE221 patent").

2. When Ortho filed this suit against Mylan and Alphapharm, litigation involving the RE221 patent was already pending in the United States District Court for the District of New Jersey.

3. On April 17, 2008, the New Jersey District court granted a motion for summary judgment (filed by the defendants in that case) holding that the asserted claims of the RE221 patent are invalid as obvious.

4.	As a result of the New Jersey Court's ruling of invalidity, Ortho is collaterally estopped from asserting the same patent in this case and this Court should enter judgment on the pleadings in favor of Mylan and Alphapharm on the grounds of collateral estoppel. *Blonder-Tongue Labs., Inc. v. Univ. of Illinois Found.*, 402 U.S. 313, 334 (1971).

5.	The New Jersey District Court's decision may be given collateral estoppel effect even though Ortho has not exhausted its appellate remedies. *Prymer v. Ogden*, 29 F.3d 1208, 1213 n.2 (7th Cir. 1994); *Pharmacia & Upjohn Co. v. Mylan Pharms., Inc.*, 170 F.3d 1373, 1381-82 (Fed. Cir. 1999).

6.	In further support of their motion, Mylan and Alphapharm have filed their Memorandum of Law In Support of Defendants' Motion For Judgment on The Pleadings Based On Collateral Estoppel.

WHEREFORE, defendants Mylan Pharmaceuticals Inc. and Alphapharm Pty. Ltd. respectfully request that this Court enter judgment in their favor on the pleadings pursuant to Fed. R. Civ. P. 12(c), dismiss the plaintiff's complaint against the defendants with prejudice and award the defendants such other relief as this Court may deem appropriate.

Dated: April 29, 2008.                             Respectfully Submitted,

*MYLAN PHARMACEUTICALS INC.
and ALPHAPHARM PTY. LTD.*

By:	/s/ Steven P. Mandell
	One of their Attorneys

2

Steven P. Mandell, #6182739
Kristin L. Lingren, #6237562
**Mandell Menkes LLC**
333 West Wacker Drive, Suite 300
Chicago, IL 60606
Telephone: (312) 251-1000
Facsimile:   (312) 251-1010


Ron E. Shulman
Terry Kearney
Roger J. Chin
**Wilson Sonsini Goodrich & Rosati**
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300