## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ORTHO-MCNEIL PHARMACEUTICAL, INC., | ) ) ) | |
| Plaintiff, | ) ) | No. 08 C 1343 |
| v. | ) ) | Judge Rebecca R. Pallmeyer |
| MYLAN PHARMACEUTICALS INC. and ALPHAPHARM, | ) ) ) | Magistrate Judge Arlander Keys |
| Defendants. | ) ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **May 1, 2008 at 8:45 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Rebecca R. Pallmeyer, or such other judge as may be sitting in her stead, in the courtroom usually occupied by her, in Room 2119 of the U.S. District Court of the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the attached **Defendants' Motion for Judgment on the Pleadings**, a copy of which is hereby served upon you.

Dated: April 29, 2008

Respectfully submitted,

MYLAN PHARMACEUTICALS INC.
and ALPHAPHARM PTY. LTD.

By:    /s/ Steven P. Mandell
        *Counsel for Defendants Mylan Pharmaceuticals*
        *Inc. and Alphapharm Pty. Ltd.*

Steven P. Mandell
Kristin L. Lingren
Mandell Menkes LLC
333 West Wacker Drive, Suite 300
Chicago, Illinois 60606
Telephone: (312) 251-1000

Ron E. Shulman
Terry Kearney
Roger J. Chin
Wilson Sonsini Goodrich & Rosati
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
169485