# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1343 | **DATE** | 5/1/2008 |
| **CASE TITLE** | Ortho-McNeil Pharmaceutical, Inc. Vs. Mylan Pharmaceuticals, Inc., et al | | |

**DOCKET ENTRY TEXT**

Defendants' motion for judgment on the pleadings [27] is entered and continued for briefing. Response to be filed by or on 5/15/2008; reply 5/22/2008. Ruling set for 5/30/2008 at 9:00 AM.

Notices mailed by Judicial staff.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|