IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ORTHO-MCNEIL PHARMACEUTICAL, INC., | |
| Plaintiff, | No. 08 C 1343 |
| v. | Judge Rebecca R. Pallmeyer |
| MYLAN PHARMACEUTICALS INC. and ALPHAPHARM, | Magistrate Judge Ashman |
| Defendants. | |

**ORTHO-MCNEIL PHARMACEUTICAL, INC.'S
RESPONSE TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

Plaintiff Ortho-McNeil Pharmaceutical, Inc. ("Ortho-McNeil") hereby responds to the motion for judgment on the pleadings filed by Defendants Mylan Pharmaceuticals, Inc. and Alphapharm Pty. Ltd. (collectively, "Defendants"). Defendants' motion asserts that collateral estoppel effect should be given to the summary judgment decision issued April 17, 2008 in Case No. 06-CV-3533, *Ortho-McNeil Pharma. Inc. v. Kali Labs., Inc., et al.* (D.N.J.), with respect to U.S. Reissue Patent 39,221. Ortho-McNeil strenuously disputes the correctness of that decision and intends to appeal it to the U.S. Court of Appeals for the Federal Circuit as soon as a final judgment is obtained. However, because that decision is entitled to collateral estoppel effect until it is set aside on appeal, Ortho-McNeil will not oppose Defendants' Motion for Judgment on the Pleadings at this time. Ortho-McNeil reserves the right to file a motion in this case pursuant to Federal Rule of Civil Procedure 60(b)(5) if and when the Federal Circuit reverses or vacates the decision of the District Court of New Jersey.

Dated: May 6, 2008

Respectfully Submitted,

s/ Linda R. Friedlieb

_____
David T. Pritikin
Lisa A. Schneider
Linda R. Friedlieb
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
Phone: (312) 853-7000
Facsimile: (312) 853-7036

Jeffrey P. Kushan
David A. Steffes
Sidley Austin LLP
1501 K Street NW
Washington DC 20005
Phone: (202) 736-8000
Facsimile: (202) 736-8711

Michael D. Hatcher
Sidley Austin LLP
717 North Harwood
Dallas, Texas 75201
Phone: (214) 981-3300
Facsimile: (214) 981-3400

Attorneys for Plaintiff
Ortho-McNeil Pharmaceutical, Inc.

CH1 4262867v.1