# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1343 | **DATE** | 5/7/2008 |
| **CASE TITLE** | Ortho-McNeil Pharmaceutical, Inc vs. Mylan Pharmaceuticals Inc., et al | | |

**DOCKET ENTRY TEXT**

Motion for judgment on the pleadings (27) is granted. This case is dismissed without prejudice to reinstatement within 60 days after the Federal Circuit's ruling on Ortho-McNeil's appeal in the case of *Ortho-McNeil Pharmaceutical, Inc. v. Kali Labs., Inc.*, No. 06 CV 3533. Civil case terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|