# United States District Court
## Northern District of Illinois
Eastern Division

Ortho-McNeil Pharmaceutical, Inc.     **JUDGMENT IN A CIVIL CASE**

      v.     Case Number: 08 C 1343

Mylan Pharmaceuticals, Inc., et al

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Motion for judgment on the pleadings is granted. This case is dismissed without prejudice to reinstatement within 60 days after the Federal Circuit's ruling on Ortho-McNeil's appeal in the case of *Ortho-McNeil Pharmaceutical, Inc. v. Kali Labs., Inc.*, No. 06 CV 3533.

                                              Michael W. Dobbins, Clerk of Court

Date: 5/14/2008     _____
                                     /s/ Ena T. Ventura, Deputy Clerk