# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS,
# EASTERN DIVISION

| | |
|---|---|
| ORTHO-MCNEIL PHARMACEUTICAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> MYLAN PHARMACEUTICALS, INC., and ALPHAPHARM PTY. LTD., <br><br><br> Defendant. | Civil Action No. 08 C 1343 <br> Judge Pallmeyer <br> Magistrate Judge Ashman |

### JOINT MOTION FOR RELIEF FROM JUDGMENT
### UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(b)(5) AND
### STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Ortho-McNeil Pharmaceutical, Inc. ("Ortho-McNeil") and Defendants Mylan Pharmaceuticals Inc. and Alphapharm Pty. Ltd. (collectively, "Defendants") hereby jointly move this Honorable Court to vacate the judgment in this patent infringement litigation, reopen the instant case and dismiss all claims and counterclaims with prejudice.

1. On May 14, 2008, this Court dismissed the case without prejudice based on the collateral estoppel effect of a summary judgment decision from the District of New Jersey invalidating the asserted claims of the patent-in-suit as obvious. The dismissal was without prejudice to reinstatement within a period of time after the Federal Circuit's ruling on Ortho-McNeil's appeal of the New Jersey judgment. (*See* Docket No. 34.) That New Jersey decision was vacated by the U.S. Court of Appeals for the Federal Circuit in the case, *Ortho-McNeil Pharm. Inc. v. Teva Pharma. Ind., Ltd., et al.*, Nos. 2008-1549, 2008-1550 (2009), and can no

longer serve as the basis for the judgment in this litigation. A copy of the Federal Circuit decision is attached as Exhibit A.

2. This Court has granted Ortho-McNeil until January 31, 2011 to reopen the case. Dkt. No. 58. At this time, the parties jointly move to reopen the case and vacate the prior judgment.

3. Once re-opened and the judgment vacated, the parties stipulate that all claims and the counterclaims asserted in this action should be dismissed with prejudice under Federal Rule of Civil Procedure 41 as the parties have reached a settlement of this dispute. The parties' stipulation shall not preclude either defendant from asserting non-infringement, invalidity, or unenforceability of the patent-in-suit in any future litigation concerning any product that was not the subject of ANDA No. 77-858, and such defenses are reserved. Moreover, the parties' stipulation shall not preclude Ortho-McNeil from asserting the infringement, validity or enforceability of the patent-in-suit in any future litigation concerning any product that was not the subject of ANDA No. 77-858, and such claims are reserved.

For all of these reasons, the parties jointly request the case be reopened, the judgment vacated, and the claims and counterclaims in this Action be dismissed with prejudice.

Respectfully Submitted,

By: /s/ Steven P. Mandell
    One of the Attorneys for Defendants
    Mylan Pharmaceuticals Inc. and
    Alphapharm

Steven P. Mandell
MANDELL MENKES LLC
333 W. Wacker Dr. Suite 300
Chicago, IL 60606
(312) 251-1001

By: /s/ Linda R. Friedlieb
    One of the Attorneys for Plaintiff
    Ortho-McNeil Pharmaceutical, Inc.

David T. Pritikin
Lisa A. Schneider
Linda R. Friedlieb

SIDLEY AUSTIN LLP
One South Dearborn Street

- 3 -

-and-

Terry Kearney
T.O. Kong
WILSON SONSINI GOODRICH &
ROSATI P.C.
650 Page Mill Road
Palo Alto, California 94304

Chicago, Illinois 60603
(312) 853-7000

 -and-

David A. Steffes
SIDLEY AUSTIN LLP
1501 K Street N.W.
Washington, D.C. 20005
(202) 736-8000

 -and-

Michael D. Hatcher
SIDLEY AUSTIN LLP
717 North Harwood, Suite 3400
Dallas, Texas 75201
(214) 981-3300

January 27, 2011